UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 5:13-CV-185-FL |
| MARIA NJUGUNA, Individually and as Administrator of the Estate of Andrian Njuguna, | ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 11, 2014, and for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is granted.

**This Judgment Filed and Entered on April 11, 2014, and Copies To:**

Leslie Price Lasher  (via CM/ECF Notice of Electronic Filing)
Bryan T. Simpson  (via CM/ECF Notice of Electronic Filing)
Charles T. Francis (via CM/ECF Notice of Electronic Filing)


April 11, 2014                    JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk